# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES BELOW:

   No. 24-40705   Texas Bankers Association v. CFPB
                  USDC No. 7:23-CV-144

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Rebecca L. Leto, Deputy Clerk
                                 504-310-7703

cc:  Ms. Sarah Johnson Auchterlonie
     Mr. Owen Colin Babcock
     Mr. James Winford Bowen
     Mr. Kevin E. Friedl
     Mr. Robert Mark Loeb
     Mr. John Clay Sullivan
     Mr. Misha Tseytlin