# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40705   Texas Bankers Association v. CFPB
                  USDC No. 7:23-CV-144

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Mr. James Winford Bowen
Mr. Kevin E. Friedl
Mr. Robert Mark Loeb
Mr. Nathan Ochsner
Mr. John Clay Sullivan
Mr. Misha Tseytlin

**P.S. to All Counsel: An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due for filing immediately after electronic filing.**