# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 31, 2024
Lyle W. Cayce
Clerk

No. 24-40705

---

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

Plaintiffs—Appellants,

*versus*

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

Defendants—Appellees,

*versus*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

Intervenor Plaintiffs—Appellants,

------------------------------

No. 24-40705

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

                              Intervenors—Appellants.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CV-144

---

## UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.
Per Curiam:

    IT IS ORDERED that Appellants' opposed motion for stay pending appeal is carried with the case.

    IT IS FURTHER ORDERED that Appellants' opposed motion for temporary administrative stay of CFPB's rule implementing § 1071 of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 is carried with the case.

    IT IS FURTHER ORDERED that Appellants' motion to expedite the appeal is GRANTED.