# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 31, 2024
Lyle W. Cayce
Clerk

No. 24-40705

_____

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

*Plaintiffs—Appellants*,

*versus*

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*,

*versus*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

*Intervenor Plaintiffs—Appellants*,

--------------------------------

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

*Intervenors—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CV-144

_____

ORDER:

    IT IS ORDERED that the motion for a temporary administrative stay is DENIED. The motion for a stay pending appeal remains pending.

    This merits panel sets the following expedited briefing schedule: The appellants' opening brief is due December 3, 2024. The appellees' brief is due January 6, 2025. The appellants' reply brief is due January 16, 2025.

    Oral argument will be heard February 3, 2025, at 2:00pm, 30 minutes per side.

LYLE W. CAYCE, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2