No. 24-40705

IN THE

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔦𝔣𝔱𝔥 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

Texas Bankers Association; Rio Bank, McAllen, Texas; American
Bankers Association; Texas First Bank; Independent Bankers
Association of Texas; Independent Community Bankers of America,
Plaintiffs-Appellants,

v.

Consumer Financial Protection Bureau; Rohit Chopra, in his official
capacity as Director of the Consumer Financial Protection Bureau,
Defendants-Appellees,

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
Intervenor Plaintiffs-Appellants,

v.

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally
Credit Union; Credit Union National Association; Cornerstone Credit
Union League,
Intervenors-Appellants.

On Appeal from the United States District Court for the
Southern District of Texas, No. 7:23-cv-144
Hon. Randy Crane

**STATEMENT OF THE ISSUES ON APPEAL**

Pursuant to Fed. R. App. P. 10(b)(3), Appellants hereby submit its

Statement of the Issues to Present on Appeal:

1. Did the Consumer Financial Protection Bureau exceed its

statutory authority under 15 U.S.C. § 1691c–2 by

promulgating its final rule amending Regulation B, 88 Fed.

Reg. 35150 (May 31, 2023)?

2. Was it arbitrary and capricious for the Bureau, in

promulgating its final rule amending Regulation B, 88 Fed.

Reg. 35150, to blind itself to accurate data about the rule's

costs before relying on inapposite and admittedly incomplete

data to conclude that the rule's benefits outweigh its costs?

Respectfully submitted,

Joseph J. Reilly
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
401 9th St NW
Suite 1000
Washington, DC 20004
joseph.reilly@troutman.com

*Counsel for Intervenors-Plaintiffs
Texas Farm Credit, Farm Credit
Council and Capital Farm Credit*

Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
PADFIELD & STOUT, LLP
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102
abp@padfieldstout.com

*Counsel for Intervenors-
Appellants* XL *Funding, LLC
d/b/a Axle Funding, LLC,
Equipment Leasing and Finance
Corporation*

Sarah J. Auchterlonie
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202

*/s/ Robert M. Loeb*

Robert M. Loeb
John Coleman
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
(202) 339-8400
rloeb@orrick.com

Nicholas González
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071

John C. Sullivan
S|L LAW PLLC
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104

James J. Butera
Ryan Israel
MEEKS, BUTERA & ISRAEL PLLC
2020 Pennsylvania Ave., NW
Washington, DC 20006

*Counsel for Plaintiffs-Appellants
Texas Bankers Association, Rio
Bank, and American Bankers
Association*

sja@bhfs.com

*Counsel for Intervenors-Appellants
Rally Credit Union, Credit Union
National Association and
Cornerstone Credit Union League*

Thomas Pinder
Andrew Doersam
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave., NW
Washington, DC 20036

*Counsel for Plaintiffs-Appellants
American Bankers Association*

Elbert Lin
HUNTON ANDREWS KURTH, L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
elin@hunton.com

Erica N. Peterson
HUNTON ANDREWS KURTH, L.L.P.
2200 Pennsylvania Avenue, NW
Washington, DC 20037

*Counsel for Plaintiffs-Appellants
Texas First Bank, Independent
Bankers Association of Texas,
Independent Community Bankers
of America*

November 6, 2024

# CERTIFICATE OF SERVICE

On November 6, 2024, this statement was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. In addition, the motion was served via email and first-class mail on counsel for Defendant-Appellee.

> Kevin E. Friedl
> Email: kevin.friedl@cfpb.gov
> Consumer Financial Protection Bureau
> 1700 G Street, N.W.
> Washington, DC 20552
> *Counsel for Defendant-Appellee Consumer Financial Protection Bureau*

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb
*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*