# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

December 03, 2024

Ms. Sarah Johnson Auchterlonie
Brownstein Hyatt Farber Schreck, L..L.P.
675 15th Street
Suite 2900
Denver, CO 80202

Mr. Owen Colin Babcock
Padfield & Stout, L.L.P.
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102

Mr. James Winford Bowen
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

Mr. Elbert Lin
Hunton Andrews Kurth, L.L.P.
951 E. Byrd Street
Riverfront Plaza E. Tower
Richmond, VA 23219-4074

Mr. Robert Mark Loeb
Orrick, Herrington & Sutcliffe, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Ms. Erica Nicole Peterson
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 930
Washington, DC 20037-1701

Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000

Cedar Hill, TX 75104

Mr. Misha Tseytlin
Troutman Pepper Hamilton Sanders, L.L.P.
227 W. Monroe Street
Suite 3900
Chicago, IL 60606

    No. 24-40705   Texas Bankers Association v. CFPB
                    USDC No. 7:23-CV-144

Dear Ms. Auchterlonie, Mr. Babcock, Mr. Bowen, Mr. Lin, Mr. Loeb, Ms. Peterson, Mr. Sullivan, Mr. Tseytlin,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5th Cir. R. 30.1.2, by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category. Failure to do so may result in the dismissal of the appeal.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Rebecca Andry*
                                By: _____
                                Rebecca Andry, Deputy Clerk
                                504-310-7807

cc:
    Mr. Kevin E. Friedl