# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2024

Ms. Sarah Johnson Auchterlonie
Brownstein Hyatt Farber Schreck, L..L.P.
675 15th Street
Suite 2900
Denver, CO 80202

Mr. Owen Colin Babcock
Padfield & Stout, L.L.P.
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102

Mr. James Winford Bowen
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

Mr. Elbert Lin
Hunton Andrews Kurth, L.L.P.
951 E. Byrd Street
Riverfront Plaza E. Tower
Richmond, VA 23219-4074

Mr. Robert Mark Loeb
Orrick, Herrington & Sutcliffe, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Ms. Erica Nicole Peterson
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 930
Washington, DC 20037-1701

Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000

Cedar Hill, TX 75104

Mr. Misha Tseytlin
Troutman Pepper Hamilton Sanders, L.L.P.
227 W. Monroe Street
Suite 3900
Chicago, IL 60606

     No. 24-40705    Texas Bankers Association v. CFPB
                          USDC No. 7:23-CV-144

Dear Ms. Auchterlonie, Mr. Babcock, Mr. Bowen, Mr. Lin, Mr. Loeb, Ms. Peterson, Mr. Sullivan, Mr. Tseytlin,

We have reviewed your electronically filed Record Excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Rebecca Andry, Deputy Clerk
                                  504-310-7807

cc:
     Mr. Kevin E. Friedl