# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2025

Ms. Karen S. Bloom
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

Mr. Kevin E. Friedl
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

    No. 24-40705   Texas Bankers Association v. CFPB
                        USDC No. 7:23-CV-144

Dear Ms. Bloom, Mr. Friedl,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

An attorney who signs the brief must enter an appearance in the case. The attorney must electronically file a "Form for Appearance of Counsel." See Fed. R. App. P. 12(b), 5th Cir. R. 12 and 5th Cir. R. 46.3. The appearance form is available on our website at: "http://www.ca5.uscourts.gov/docs/default-source/forms/formforappearanceofcounsel.pdf".

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Rebecca Andry*
                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

cc:
    Ms. Sarah Johnson Auchterlonie
    Mr. Owen Colin Babcock
    Mr. James Winford Bowen
    Mr. Elbert Lin
    Mr. Robert Mark Loeb
    Ms. Erica Nicole Peterson
    Mr. John Clay Sullivan
    Mr. Misha Tseytlin