# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2025

Ms. Karen S. Bloom
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

Mr. Kevin E. Friedl
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

    No. 24-40705    Texas Bankers Association v. CFPB
    USDC No. 7:23-CV-144

Dear Ms. Bloom, Mr. Friedl,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

*Rebecca Andry*
By: _____
Rebecca Andry, Deputy Clerk
504-310-7638

cc:
    Counsel