**No. 24-40705**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers
Association; Texas First Bank; Independent Bankers Association of Texas;
Independent Community Bankers of America,
*Plaintiffs-Appellants*,
v.
Consumer Financial Protection Bureau; Rohit Chopra, in his official capacity as
Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees,*
v.
Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants,*
v.
XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit
Union; Credit Union National Association; Cornerstone Credit Union League,
*Intervenors-Appellants.*

---

On Appeal from the United States District Court for the Southern District of Texas,
Civil Action No. 7:23-cv-144
Hon. Randy Crane

---

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE
## RESPONSIBLE BUSINESS LENDING COALITION, ACCESS PLUS
## CAPITAL, THE TEXAS ASSOCIATION OF COMMUNITY
## DEVELOPMENT CORPORATIONS, ALLIES FOR COMMUNITY
## BUSINESS, FINANTA, OPPORTUNITY FINANCE NETWORK, AND
## SCALE LINK AS *AMICI CURIAE*
## IN SUPPORT OF DEFENDANTS-APPELLEES

---

Stephen F. Hayes
Alessandra B. Markano-Stark
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
(202) 728-1888
shayes@relmanlaw.com

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fifth Circuit Rule 29.2, the undersigned counsel of record certifies that, in addition to those already listed in the parties' briefs, the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

*Amici*: The Responsible Business Lending Coalition; the Fresno Community Development Financial Institution, d/b/a Access Plus Capital; the Texas Association of Community Development Corporations; Allies for Community Business; Finanta; Opportunity Finance Network; and Great Rivers Community Trust, d/b/a Scale Link.

*Counsel for Amici*: Stephen F. Hayes and Alessandra B. Markano-Stark of Relman Colfax PLLC.

Furthermore, *amici curiae* certify that they have no outstanding shares or debt securities in the hands of the public, they have no parent companies, and no publicly held company has a 10% or greater ownership interest in any of the *amici curiae*.


Dated: January 13, 2025                    /s/ Stephen F. Hayes

                                           Stephen F. Hayes
                                           Counsel for *Amici Curiae*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Pursuant to Fed. R. App. P. 29(a)(3), *amici curiae* the Responsible Business Lending Coalition; the Fresno Community Development Financial Institution, d/b/a Access Plus Capital; the Texas Association of Community Development Corporations; Allies for Community Business; Finanta; Opportunity Finance Network; and Great Rivers Community Trust, d/b/a Scale Link respectfully move for leave to file an *amicus curiae* brief in support of Defendants-Appellees.

## MOVANTS' INTERESTS

Amicus curiae the Responsible Business Lending Coalition (RBLC) is a network of nonprofit and for-profit lenders, Community Development Financial Institutions (CDFIs), investors, and small business advocates who share a commitment to innovation in small business lending as well as concerns about the rise of irresponsible small business lending practices. RBLC is an unincorporated entity that does not issue stock. The mission of RBLC is to drive responsible practices in the small business lending sector. Members of RBLC include Accion Opportunity Fund, Bluevine, Camino Financial, Community Investment Management, National Association for Latino Community Asset Builders, National Community Reinvestment Coalition, Opportunity Finance Network, Small Business Majority, and the Aspen Institute. RBLC's members include "covered financial institutions" as defined by the Final Rule, meaning financial

4

institutions that originated at least 100 covered credit transactions for small businesses in each of the two preceding calendar years.

Amicus curiae the Fresno Community Development Financial Institution, d/b/a Access Plus Capital (Access Plus Capital), is a California nonprofit corporation and a certified CDFI that serves businesses in Central California. It does not have a parent corporation and does not issue stock. Access Plus Capital offers loans for small businesses throughout Central California, including loans of $5,000 to $20,000, microloans under $50,000, and enterprise loans of $50,000 to $500,000. Access Plus Capital also provides coaching, financial literacy education, and other services. Access Plus Capital is a "covered financial institution" as defined by the Final Rule.

Amicus curiae the Texas Association of Community Development Corporations (TACDC) is a Texas nonprofit membership association of community development corporations (CDCs) and related nonprofit, governmental, and for-profit entities. It does not have a parent corporation and does not issue stock. TACDC has over 130 members spanning the State of Texas, including CDFIs. TACDC works to improve the quality of life of low- and moderate-income Texans by strengthening the capacity of community development organizations and enhancing and sustaining the community development industry in Texas. Among other activities, TACDC's members offer

small business loans, and offer programs and services that help develop and improve the quality of life in the communities they serve.

Amicus curiae Allies for Community Business (A4CB) is an Illinois nonprofit corporation and a certified CDFI. It does not have a parent corporation and does not issue stock. A4CB provides loans from between $500 to $100,000 to businesses and entrepreneurs in Illinois and Indiana, as well as grants, coaching, and other services. A4CB is a "covered financial institution" as defined by the Final Rule.

Amicus curiae Finanta (formerly Community First Fund) is a Pennsylvania nonprofit corporation and a certified CDFI. It does not have a parent corporation and does not issue stock. Finanta provides entrepreneurs with access to business development loans for projects that generate jobs, create affordable housing, and help revitalize communities. Community First Fund offers microloans of less than $50,000, small business loans of greater than $50,000, loans for housing development, loans for commercial real estate development, and other loan products and assistance programs that meet its communities' needs. Community First Fund is a "covered financial institution" as defined by the Final Rule.

Amicus curiae Opportunity Finance Network (OFN) is a Pennsylvania nonprofit corporation that does not have a parent corporation and does not issue stock. OFN is a leading national network of more than 400 CDFIs from across the

United States. OFN is a trusted intermediary between CDFIs and public and
private sector partners, including foundations, corporations, banks, government
agencies, and others, helping drive investment in CDFIs to catalyze change and
create economic opportunities nationwide. OFN manages $1 billion to help CDFIs
lend and invest in underserved markets and provides data, research, trainings, and
convenings that strengthen and scale the CDFI industry.

Amicus curiae Great Rivers Community Trust, d/b/a Scale Link (Scale Link)
is a Missouri nonprofit corporation and a certified CDFI. It does not have a parent
corporation and does not issue stock. Scale Link sources and bundles loans from
CDFIs and pools them for banks to purchase, helping to bridge the funding gap for
small businesses. The availability of this secondary market helps CDFIs grow their
impact through reduced capital expenses and unrestricted funding, and it helps
large banks by creating a vehicle through which they can serve and empower
economically distressed communities. Scale Link pays the majority of the proceeds
to CDFIs, allowing CDFIs to revolve capital more quickly and originate additional
small business loans.

Amici have an interest in the creation and maintenance of responsible credit
markets for small businesses. They seek to enhance healthy competition in those
markets, identify and serve small businesses' credit needs, and ensure that small
business lenders compete on fair terms. Amici that are covered financial

institutions who will be subject to the 1071 reporting requirements have an interest in the manner in which Dodd-Frank Section 1071 will be implemented and enforced, and in achieving a measure of certainty in the timing and terms of compliance requirements.

## CONSENT OF THE PARTIES

On January 7, 2025, counsel for *amici curiae* sought consent from both parties to file the proposed *amicus* brief. All parties have consented to the filing.

## REASONS FOR AND RELEVANCE OF *AMICI CURIAE*

This case implicates the status and substance of the Consumer Financial Protection Bureau's long-awaited rulemaking under Section 1071 of the Dodd-Frank Act. The parties' briefs address questions related to the appropriateness of the rule under the Administrative Procedures Act. Amici support the merits of the CFPB's arguments as to the propriety of the regulation.

Amici seek to add a perspective currently lacking from this case: that of financial institutions and stakeholders in the small business credit market who support the regulation and the benefits to the market, small businesses, and competition that will arise from implementation of the rule. Amici are well-positioned to explain the utility they, and the small-business-lending market, will derive from the data to be collected and reported under the rule at issue, and how

those benefits weigh in favor of the CFPB's rulemaking. Accordingly, prospective *amici* respectfully request the Court's leave to file the attached brief.

Dated: January 13, 2025          Respectfully submitted,

<div style="margin-left:40%">

/s/ Stephen F. Hayes

Stephen F. Hayes

Alessandra B. Markano-Stark

RELMAN COLFAX PLLC

1225 19th St. NW, Suite 600

Washington, D.C. 20036

(202) 788-1888

shayes@relmanlaw.com

</div>

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 1255 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman Font.

Dated: January 13, 2025                    /s/ Stephen F. Hayes
                                            Stephen F. Hayes

                                            Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2025 a true and correct copy of the foregoing Motion for Leave to File Brief of Amici Curiae was served on all counsel of record via the court's CM/ECF system.

/s/ Stephen F. Hayes
Stephen F. Hayes

Counsel for *Amici Curiae*