# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40705   Texas Bankers Association v. CFPB
                  USDC No. 7:23-CV-144

The court has granted the motion for leave to file a brief as amici curiae in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Ms. Karen S. Bloom
Mr. James Winford Bowen
Mr. Stephen Hayes
Mr. Elbert Lin
Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Mr. Nathan Ochsner
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Mr. Misha Tseytlin