# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 14, 2025
Lyle W. Cayce
Clerk

No. 24-40705

───────

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

*Plaintiffs—Appellants,*

versus

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees,*

versus

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

*Intervenor Plaintiffs—Appellants,*

────────────────────────

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

*Intervenors—Appellants.*

No. 24-40705

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CV-144

_____

ORDER:

  IT IS ORDERED that the unopposed motion of Responsible Business Lending Coalition, Fresno Community Development Financial Institution, Texas Association of Community Development Corporations, Allies for Community Business, Finanta, Opportunity Finance Network, and Great Rivers Community Trust to file a brief as *amici curiae* in support of appellees is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT