# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

Mr. Stephen Hayes
Relman Colfax, P.L.L.C.
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

Ms. Alessandra Baniel Markano-Stark
Relman Colfax, P.L.L.C.
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

    No. 24-40705   Texas Bankers Association v. CFPB
                          USDC No. 7:23-CV-144

Dear Mr. Hayes, Ms. Markano-Stark,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Rebecca L. Leto, Deputy Clerk
                                          504-310-7703

cc:
    Ms. Sarah Johnson Auchterlonie
    Mr. Owen Colin Babcock
    Ms. Karen S. Bloom
    Mr. James Winford Bowen
    Mr. Elbert Lin
    Mr. Robert Mark Loeb
    Ms. Erica Nicole Peterson
    Mr. John Clay Sullivan
    Mr. Misha Tseytlin