# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2025

Mr. Robert Mark Loeb
Orrick, Herrington & Sutcliffe, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
Cedar Hill, TX 75104

    No. 24-40705   Texas Bankers Association v. CFPB
             USDC No. 7:23-CV-144

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.  Failure to timely provide the
appropriate number of copies may result in the dismissal of your
appeal pursuant to 5th Cir. R. 42.3.  Exception:  As of July 2,
2018, Anders briefs only require 2 paper copies.

             Sincerely,

             LYLE W. CAYCE, Clerk

             *Rebecca Andry*

             By: _____
             Rebecca Andry, Deputy Clerk
             504-310-7638

cc:
    Ms. Karen S. Bloom
    Mr. Stephen Hayes
    Ms. Alessandra Baniel Markano-Stark