# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40705   Texas Bankers Association v. CFPB
                     USDC No. 7:23-CV-144

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Ms. Karen S. Bloom
Mr. James Winford Bowen
Ms. Rachel Fried
Mr. Stephen Hayes
Mr. Elbert Lin
Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Mr. Misha Tseytlin