# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2025
Lyle W. Cayce
Clerk

No. 24-40705

---

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

*Plaintiffs—Appellants,*

versus

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau,*

*Defendants—Appellees,*

versus

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

*Intervenor Plaintiffs—Appellants,*

---

No. 24-40705

XL Funding, L.L.C.;
Equipment Leasing and Finance Association;
Rally Credit Union;
Credit Union National Association;
Cornerstone Credit Union League,

*Intervenors—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CV-144

_____

ORDER:

IT IS ORDERED that the opposed motion of RISE Economy and National Association for Latino Community Asset Builders to intervene is DENIED. Under Fifth Circuit Rule 31.2, the time to intervene expired January 13, 2025.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT