# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Ms. Rachel Fried
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Robin F. Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

    No. 24-40705   Texas Bankers Association v. CFPB
    USDC No. 7:23-CV-144

Dear Ms. Fried, Ms. Thurston,

Because the court has denied the motion to intervene by RISE Economy and National Association of Latino Community Asset Builders, we are taking no action on the appearance forms you filed and same will be removed from the docket.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703