# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2025

No. 24-40705   Texas Bankers Assoc v. CFPB
               USDC No. 7:23-CV-144

Dear Counsel:

The court has requested a Response to the motion for reconsideration of the January 21, 2025 court order denying the motion to intervene filed by RISE Economy and National Association for Latino Community Asset Builders.

The Response is due to be filed in this office on or before 5:00pm Central Time, Tuesday January 28, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Ms. Sarah Johnson Auchterlonie
    Mr. Owen Colin Babcock
    Ms. Karen S. Bloom
    Mr. James Winford Bowen
    Mr. Aman Tewari George
    Ms. Lauren Gorodetsky
    Mr. Stephen Hayes
    Mr. Elbert Lin
    Mr. Robert Mark Loeb
    Ms. Alessandra Baniel Markano-Stark
    Ms. Erica Nicole Peterson
    Mr. John Clay Sullivan
    Mr. Misha Tseytlin