No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

v.

Consumer Financial Protection Bureau; Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

v.

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League
*Intervenors-Appellants*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

## RESPONSE OF DEFENDANTS-APPELLEES IN OPPOSITION TO THE MOTION FOR RECONSIDERATION OF THE JANUARY 21, 2025 ORDER DENYING THE MOTION TO INTERVENE

Seth Frotman
   *General Counsel*
Steven Y. Bressler
   *Deputy General Counsel*
Christopher Deal
   *Assistant General Counsel*
Lauren Gorodetsky
   *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW

Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

**RESPONSE OF DEFENDANTS-APPELLEES IN OPPOSITION TO THE MOTION FOR RECONSIDERATION OF THE JANUARY 21, 2025 ORDER DENYING THE MOTION TO INTERVENE**

In 2023, the Consumer Financial Protection Bureau ("CFPB" or "Bureau") issued a final rule implementing Section 1071 of the Consumer Financial Protection Act ("CFPA"). *See* 88 Fed. Reg. 35,150 (May 31, 2023) (ROA.1710-2147). Plaintiffs-Appellants initiated this action shortly thereafter, and after the parties briefed the merits of the challenge to the rule, the district court issued an order granting the CFPB's motion for summary judgment on August 26, 2024, and entered final judgment on September 23, 2024.

Plaintiffs filed a notice of appeal on October 23, 2024. On October 31, this court set an expedited briefing schedule, ordering that appellants' opening brief would be due December 3, 2024, that appellees' brief would be due January 6, 2025, that the appellants' reply brief would be due January 16, 2025, and that oral argument would be heard February 3, 2025.

After the parties briefed the issues on appeal, on January 17, 2025, Rise Economy and the National Association for Latino Community Asset Builders filed a motion to intervene. This court denied that motion, citing Fifth Circuit Rule 31.2, and the proposed intervenors have filed a motion for reconsideration. In response to this Court's January 27 Order directing a response to the motion for

reconsideration, the CFPB respectfully submits that the motion for reconsideration should be denied.

There is no explicit appellate rule governing intervention on appeal, though this Court has looked to the policies underlying intervention in the district court to determine the appropriateness of intervention on appeal. *See Richardson v. Flores*, 979 F.3d 1102, 1104 (5th Cir. 2020). Ultimately, resolution of a motion for intervention "is committed to the discretion of the court before which intervention is sought." *Cameron v. EMW Women's Surgical Ctr., P.S.C.*, 595 U.S. 267, 278-79 (2022).

As the proposed intervenors state in their motion, the CFPB's "defense has so far been adequate to protect Intervenors' interests in the Final Rule." Doc. 82 at 9. The CFPB has vigorously defended the rule and has not indicated that it will stop doing so. Likewise, the CFPB is not aware that the proposed intervenors have identified any information that suggests that the agency will stop defending the Final Rule.

Given the facts presently before the Court,[1] the CFPB respectfully requests that the motion for reconsideration be denied.

---

[1] The CFPB takes no position on whether a change in the relevant facts would support a future motion for intervention.

Dated:  January 28, 2025

Respectfully submitted,

Seth Frotman
  *General Counsel*
Steven Y. Bressler
  *Deputy General Counsel*
Christopher Deal
  *Assistant General Counsel*

*/s/*  Lauren Gorodetsky
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27 and 32. It contains 397 words, excluding the portions exempted by Rule 32(f), and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated:  January 28, 2025
/s/  Lauren Gorodetsky
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov