# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40705    Texas Bankers Assoc v. CFPB
                  USDC No. 7:23-CV-144

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Ms. Karen S. Bloom
Mr. James Winford Bowen
Ms. Rachel Fried
Mr. Aman Tewari George
Ms. Lauren Gorodetsky
Mr. Stephen Hayes
Mr. Elbert Lin
Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Ms. Robin F. Thurston
Mr. Misha Tseytlin