No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau, et al.,
*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League
*Intervenors-Appellants*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

**EMERGENCY NOTICE**

Steven Y. Bressler
  *Deputy General Counsel*
Christopher Deal
  *Assistant General Counsel*
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

# EMERGENCY NOTICE

Defendants-Appellees the Consumer Financial Protection Bureau, *et al.*, (CFPB) respectfully submit this emergency Notice to inform the Court of developments relevant to today's hearing. The President removed the prior Director of the CFPB from his position. Counsel for the CFPB has been instructed not to make any appearances in litigation except to seek a pause in proceedings. Accordingly, counsel for the CFPB will appear at today's hearing but will not present argument other than to respectfully request a pause in proceedings. Counsel for the CFPB will meet and confer with counsel for Appellants and provide a further update to the Court as soon as practicable.

Dated: February 3, 2025                           Respectfully submitted,

                                                                         Steven Y. Bressler
                                                                          *Deputy General Counsel*
                                                                         Christopher Deal
                                                                         *Assistant General Counsel*

                                                       */s/* Lauren Gorodetsky
                                                       Lauren Gorodetsky
                                                         *Counsel*
                                                      Consumer Financial Protection Bureau
                                                      1700 G Street NW
                                                      Washington, DC 20552
                                                      (202) 435-7560
                                                      lauren.gorodetsky@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify on February 3, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

Dated: February 3, 2025

/s/ Lauren Gorodetsky
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov