# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 04, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40705   Texas Bankers Association v. CFPB
                  USDC No. 7:23-CV-144

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Mr. James Winford Bowen
Ms. Lauren Gorodetsky
Mr. Stephen Hayes
Mr. Elbert Lin
Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Mr. Nathan Ochsner
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Ms. Robin F. Thurston
Mr. Misha Tseytlin