# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 4, 2025
Lyle W. Cayce
Clerk

No. 24-40705

---

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

*Plaintiffs—Appellants*,

versus

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*,

versus

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

*Intervenor Plaintiffs—Appellants*,

--------------------------------

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

*Intervenors—Appellants.*

No. 24-40705

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CV-144

---

ORDER:

IT IS ORDERED that the renewed emergency motion of RISE Economy and National Association for Latino Community Asset Builders to intervene is DENIED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT