# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 05, 2025

Ms. Rachel Fried
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Aman Tewari George
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Robin F. Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

    No. 24-40705   Texas Bankers Association v. CFPB
                         USDC No. 7:23-CV-144

Dear Ms. Fried, Mr. George, Ms. Thurston,

We have received your appearance forms. However, we are not taken any action on them due to the Court denying the motion to intervene for Rise Economy and The National Association for Latino Community Builders.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         /s/ S. Rasheed
                         By: _____
                         Shatyra Rasheed, Deputy Clerk

cc:
    Ms. Sarah Johnson Auchterlonie
    Mr. Owen Colin Babcock
    Mr. James Winford Bowen
    Ms. Lauren Gorodetsky
    Mr. Stephen Hayes
    Mr. Elbert Lin

Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Mr. Misha Tseytlin

Case No. 24-40705

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

    Plaintiffs - Appellants

v.

Consumer Financial Protection Bureau; Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,

    Defendants - Appellees

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

    Intervenor Plaintiffs - Appellants

------------------------------

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

    Intervenors - Appellants