No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau; Scott Bessent, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League
*Intervenors-Appellants*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

**SUPPLEMENTAL RESPONSE TO MOTION TO STAY**

Steven Y. Bressler
  *Deputy General Counsel*
Christopher Deal
  *Assistant General Counsel*
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

## SUPPLEMENTAL RESPONSE TO MOTION TO STAY

Defendants-Appellees the Consumer Financial Protection Bureau (CFPB) and Scott Bessent, in his official capacity as the Acting Director of the CFPB,[1] respectfully submit this supplemental response to the motion to stay.

On February 3, this Court was scheduled to hear arguments in the above-captioned case. Under the direction of new leadership, counsel for the CFPB appeared at Monday's hearing but was not authorized to present argument other than to request a pause in proceedings. This Court requested that the CFPB formalize its position in writing.

The CFPB now respectfully supplements its response to Plaintiffs-Appellants pending motion to stay in order to state that the CFPB does not oppose to granting Plaintiffs' motion for a stay pending appeal in part to stay obligations to comply with the rule, and toll compliance deadlines, for 90 days to give the Acting Director time to consider the issues.

Counsel for Plaintiffs-Appellants indicated that they intend to file a response to this supplemental response.

---

[1] Mr. Bessent became the Acting Director of the CFPB effective January 31, 2025. He is automatically substituted as a party in his official capacity. *See* Fed. R. App. P. 43(c)(2).

Dated:  February 5, 2025						Respectfully submitted,

						Steven Y. Bressler
						  *Deputy General Counsel*
						Christopher Deal
						  *Assistant General Counsel*

						<u>*/s/*  Lauren Gorodetsky</u>
						Lauren Gorodetsky
						  *Counsel*
						Consumer Financial Protection Bureau
						1700 G Street NW
						Washington, DC 20552
						(202) 435-7560
						lauren.gorodetsky@cfpb.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27 and 32. It contains 499 words, excluding the portions exempted by Rule 32(f), and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated:  February 5, 2025                    */s/*  Lauren Gorodetsky
                                            Lauren Gorodetsky
                                              *Counsel*
                                            Consumer Financial Protection Bureau
                                            1700 G Street NW
                                            Washington, DC 20552
                                            (202) 435-7560
                                            lauren.gorodetsky@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify on February 5, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

Dated:  February 5, 2025  /s/  Lauren Gorodetsky
Lauren Gorodetsky
  *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov