No. 24-40705

IN THE

# United States Court of Appeals for the Fifth Circuit

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

Plaintiffs-Appellants,

v.

Consumer Financial Protection Bureau; Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,

Defendants-Appellees,

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

Intervenor Plaintiffs-Appellants,

--------------------------------------------------

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

Intervenors-Appellants.

On Appeal from the United States District Court for the Southern District of Texas, No. 7:23-cv-144
Hon. Randy Crane

**PLAINTIFFS' REPLY TO THE CFPB'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' STAY MOTION**

John C. Sullivan
S|L LAW PLLC
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104
(469) 523-1351

Robert M. Loeb
John Coleman
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
(202) 339-8400

*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*

# ADDITIONAL COUNSEL

Joseph J. Reilly
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
401 9th St NW
Suite 1000
Washington, DC 20004
joseph.reilly@troutman.com

*Counsel for Intervenors-Plaintiffs Texas Farm Credit, Farm Credit Council, and Capital Farm Credit*

Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
PADFIELD & STOUT, LLP
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102
abp@padfieldstout.com

*Counsel for Intervenors-Appellants* XL *Funding, LLC d/b/a Axle Funding, LLC, Equipment Leasing, and Finance Corporation*

Sarah J. Auchterlonie
BROWNSTEIN HYATT FARBER
  SCHRECK, LLP
675 15th Street
Suite 2900
Denver, CO 80202
sja@bhfs.com

Nicholas González
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071

James J. Butera
Ryan Israel
MEEKS, BUTERA & ISRAEL PLLC
2020 Pennsylvania Ave., NW
Washington, DC 20006

*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*

Thomas Pinder
Andrew Doersam
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave., NW
Washington, DC 20036

*Counsel for Plaintiffs-Appellants American Bankers Association*

Elbert Lin
HUNTON ANDREWS KURTH, L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
elin@hunton.com

James Winford Bowen
HUNTON ANDREWS KURTH, L.L.P.
Suite 3700
1445 Ross Avenue
Fountain Place
Dallas, TX 75202

*Counsel for Intervenors-Appellants Rally Credit Union, Credit Union National Association, and Cornerstone Credit Union League*

Erica N. Peterson
HUNTON ANDREWS KURTH, L.L.P.
2200 Pennsylvania Avenue, NW
Washington, DC 20037

*Counsel for Plaintiffs-Appellants Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America*

# PLAINTIFFS' REPLY TO THE CFPB'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' STAY MOTION

After obtaining an adverse summary judgment ruling from the district court, Plaintiffs filed a motion seeking an expedited appeal, which this Court granted. Plaintiffs also sought to stay and toll the deadlines of the CFPB's unlawful Rule, which is slated to go into effect later this year. The request for a stay and tolling of the deadlines remains outstanding.

The CFPB now responds that it "does not oppose" this Court "granting Plaintiffs' motion for a stay pending appeal in part to stay obligations to comply with the rule, and toll compliance deadlines, for 90 days to give the [new] Acting Director time to consider the issues."

While appreciating the CFPB's partial non-opposition and while fully agreeing that the compliance deadlines should be tolled *at least* for 90 days, Plaintiffs should not be subjected to a cloud of uncertainty about their legal obligations while this appeal remains pending. Plaintiffs submit that, in addition to tolling the compliance deadlines for 90 days, this Court should also grant the pending motion in full, tolling the operable compliance deadlines from the date this appeal was

1

taken until this appeal is finally resolved (to the extent that takes longer than the 90-day period).

In addition, Plaintiffs respectfully request that this Court order the CFPB to provide the Court a status update within 30 days. If the CFPB reports in that status update that it plans to repeal the Rule at issue here, Plaintiffs have no objection to having this appeal held in abeyance, under an appropriate stay and tolling order.

Respectfully submitted,

/s/Joseph J. Reilly
Joseph J. Reilly
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
401 9th St NW
Suite 1000
Washington, DC 20004
joseph.reilly@troutman.com

*Counsel for Intervenors-Plaintiffs Texas Farm Credit, Farm Credit Council, and Capital Farm Credit*

/s/Alan Bartlett Padfield
Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
PADFIELD & STOUT, LLP
100 Throckmorton Street

/s/Robert M. Loeb
Robert M. Loeb
John Coleman
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
(202) 339-8400
rloeb@orrick.com

Nicholas González
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071

John C. Sullivan
S|L LAW PLLC
610 Uptown Boulevard
Suite 2000

2

Suite 700
Fort Worth, TX 76102
abp@padfieldstout.com

*Counsel for Intervenors-Appellants* XL *Funding, LLC d/b/a Axle Funding, LLC, Equipment Leasing, and Finance Corporation*

/s/Sarah J. Auchterlonie
Sarah J. Auchterlonie
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202
sja@bhfs.com

*Counsel for Intervenors-Appellants Rally Credit Union, Credit Union National Association, and Cornerstone Credit Union League*

Cedar Hill, TX 75104

James J. Butera
Ryan Israel
MEEKS, BUTERA & ISRAEL PLLC
2020 Pennsylvania Ave., NW
Washington, DC 20006

*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*

Thomas Pinder
Andrew Doersam
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave., NW
Washington, DC 20036

*Counsel for Plaintiffs-Appellants American Bankers Association*

/s/Elbert Lin
Elbert Lin
HUNTON ANDREWS KURTH, L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
elin@hunton.com

James Winford Bowen
HUNTON ANDREWS KURTH, L.L.P.
Suite 3700
1445 Ross Avenue
Fountain Place
Dallas, TX 75202

Erica N. Peterson
HUNTON ANDREWS KURTH, L.L.P.

3

2200 Pennsylvania Avenue, NW
Washington, DC 20037

*Counsel for Plaintiffs-Appellants Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America*

February 6, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Fifth Circuit by using the appellate CM/ECF system on February 6, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb
*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*

## CERTIFICATE OF COMPLIANCE

This reply complies with the type-volume limitation of Fed. R. App. P. 27(D)(2) because this opposition contains 268 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f).

This reply also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb
*Counsel for Plaintiffs-Appellants Texas Bankers Association, Rio Bank, and American Bankers Association*