# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 07, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40705    Texas Bankers Association v. CFPB
                    USDC No. 7:23-CV-144

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Melissa Mattingly*

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Ms. Sarah Johnson Auchterlonie
Mr. Owen Colin Babcock
Mr. James Winford Bowen
Ms. Lauren Gorodetsky
Mr. Stephen Hayes
Mr. Elbert Lin
Mr. Robert Mark Loeb
Ms. Alessandra Baniel Markano-Stark
Mr. Nathan Ochsner
Ms. Erica Nicole Peterson
Mr. John Clay Sullivan
Mr. Misha Tseytlin