No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League
*Intervenors-Appellants*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

**LETTER OF WITHDRAWAL OF COUNSEL**

# LETTER OF WITHDRAWAL OF COUNSEL

Attorney Lauren Gorodetsky respectfully submits this letter to the Court seeking to withdraw her appearance as counsel of record for Defendants Consumer Financial Protection Bureau and Acting Director Vought. Defendants have been notified of the withdrawal and will continue to be represented in this matter by attorney Andrea Matthews, who will serve as lead counsel.

Dated: July 30, 2025

Respectfully submitted,

/s/ Lauren Gorodetsky
Lauren Gorodetsky
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov