No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

v.

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

v.

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League
*Intervenors-Appellants*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

## STATUS REPORT

MARK PAOLETTA
  Chief Legal Officer
DANIEL SHAPIRO
  Deputy Chief Legal Officer
VICTORIA DORFMAN
  Senior Legal Advisor
CHRISTOPHER DEAL
  Deputy General Counsel
ANDREA MATTHEWS
  Assistant General Counsel

# STATUS REPORT

Defendants-Appellees the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as the Acting Director of the CFPB, respectfully submit this periodic Status Report concerning the ongoing agency proceedings to reconsider the CFPB's 2023 Small Business Lending Rule ("the Rule" or "2023 Rule").

On July 2 and August 1, the Bureau submitted status reports informing this Court that the agency's new leadership has directed staff to initiate a new Section 1071 rulemaking. The Bureau also took the initial step of extending the Rule's deadlines for all regulated entities in order to ensure even treatment for all market participants and to provide time for the Bureau to consider and propose a new Section 1071 rule. *See* 90 Fed. Reg. 25874.

Since its prior Status Report, the Bureau has been continued to engage in ongoing work to prepare a notice of proposed rulemaking to reconsider the 2023 Rule. The Bureau anticipates issuing a Notice of Proposed Rulemaking as expeditiously as reasonably possible.

Dated: September 2, 2025        Respectfully submitted,

                                           MARK PAOLETTA
                                             Chief Legal Officer
                                           DANIEL SHAPIRO
                                             Deputy Chief Legal Officer

VICTORIA DORFMAN
  Senior Legal Advisor
CHRISTOPHER DEAL
  Deputy General Counsel

*/s/ Andrea Matthews*
Andrea Matthews
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 407-2324
andrea.matthews@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify on September 2, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.


Dated:  September 2, 2025	*/s/ Andrea Matthews*
	Andrea Matthews
	Consumer Financial Protection Bureau
	1700 G Street NW
	Washington, DC 20552
	(202) 407-2324
	andrea.matthews@cfpb.gov