No. 24-40705

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

v.

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

v.

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,
*Intervenors-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

**LETTER OF WITHDRAWAL OF COUNSEL**

    MARK PAOLETTA
      Chief Legal Officer
    DANIEL SHAPIRO
      Deputy Chief Legal Officer
    VICTORIA DORFMAN
      Senior Legal Advisor
    ANDREA MATTHEWS
      Assistant General Counsel
    AMANDA KRAUSE
      Senior Counsel
    LARKIN TURNER
      Counsel

# STATUS REPORT

Attorney for Defendants-Appellees Larkin Turner respectfully submits this letter to the Court seeking to withdraw her appearance as counsel of record for Defendants Consumer Financial Protection Bureau and Acting Director Vought. Defendants have been notified of the withdrawal and will continue to be represented in this matter by attorney Amanda Krause, who will serve as lead counsel.

Dated:  February 12, 2026

Respectfully submitted,

MARK PAOLETTA
   Chief Legal Officer
DANIEL SHAPIRO
   Deputy Chief Legal Officer
VICTORIA DORFMAN
   Senior Legal Advisor
ANDREA MATTHEWS
   Assistant General Counsel
AMANDA KRAUSE
   Senior Counsel
*/s/ Larkin Turner*
LARKIN TURNER
   Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-5276
larkin.turner@cfpb.gov

**CERTIFICATE OF SERVICE**

I hereby certify on February 12, 2026, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

Dated: February 12, 2026          */s/ Larkin Turner*
Larkin Turner
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-5276
larkin.turner@cfpb.gov