**No. 24-40705**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,

*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,

*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,

*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,

*Intervenors-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

### STATUS REPORT

MARK PAOLETTA
  Chief Legal Officer
DANIEL SHAPIRO
  Deputy Chief Legal Officer
VICTORIA DORFMAN
  Senior Legal Advisor
JOSEPH FRISONE
  Senior Counsel

**STATUS REPORT**

Defendants-Appellees the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as the Acting Director of the CFPB, respectfully submit this periodic Status Report concerning the ongoing agency proceedings to reconsider the CFPB's 2023 Small Business Lending Rule ("the Rule" or "2023 Rule").

On July 2, August 1, September 2, October 2, November 3, December 3, January 2, February 2, and March 4, the Bureau submitted status reports informing this Court that the agency's new leadership has directed staff to initiate a new Section 1071 rulemaking. In June 2025, the Bureau took the initial step of issuing an interim final rule extending the Rule's deadlines for all regulated entities in order to ensure even treatment for all market participants and to provide time for the Bureau to consider and propose a new Section 1071 rule. *See* 90 Fed. Reg. 25,874 (June 18, 2025). On October 2, following the Bureau's consideration of comments received in response to its initial extension action, the Bureau finalized the June interim final rule extending the 2023 Rule's compliance deadlines. *See* 90 Fed. Reg. 47,514 (October 2, 2025). In doing so, the Bureau "confirm[ed] its belief that this extension of the compliance date should be sufficient" to ensure uniform treatment of market participants and to provide time "for the CFPB to issue a new proposal to reconsider certain aspects of the 2023 final rule." *Id.* at 47,516.

As indicated in the December 3, January 2, February 2, and March 4 status reports, the Bureau issued a notice of proposed rulemaking to reconsider the 2023 Rule on November 13. *See* 90 Fed. Reg. 50,952 (November 13, 2025). The Bureau is continuing its efforts to finalize a Section 1071 rule.

Dated: April 3, 2026                    Respectfully submitted,

MARK PAOLETTA
   Chief Legal Officer
DANIEL SHAPIRO
   Deputy Chief Legal Officer
VICTORIA DORFMAN
   Senior Legal Advisor

*/s/ Joseph Frisone*
JOSEPH FRISONE
   Senior Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9287
Joseph.Frisone@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify on April 3, 2026, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.


Dated: April 3, 2026                    */s/ Joseph Frisone*
                                        Joseph Frisone
                                        Consumer Financial Protection Bureau
                                        1700 G Street NW
                                        Washington, DC 20552
                                        (202) 435-9287
                                        Joseph.Frisone@cfpb.gov