**No. 24-40705**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,
*Intervenors-Appellants*.

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 7:23-cv-144

**STATUS REPORT**

MARK PAOLETTA
   Chief Legal Officer
DANIEL SHAPIRO
   Deputy Chief Legal Officer
VICTORIA DORFMAN
   Senior Legal Advisor
THOMAS KIM
   Assistant General Counsel
AMANDA J. KRAUSE
   Senior Counsel

**STATUS REPORT**

Defendants-Appellees the Consumer Financial Protection Bureau (Bureau) and Russell Vought, in his official capacity as the Acting Director of the Bureau, respectfully submit this periodic Status Report concerning the agency proceedings to reconsider the Bureau's 2023 Small Business Lending Rule (2023 Rule).

On May 1, 2026, the Bureau published a rule under Section 1071 of the Consumer Financial Protection Act (2026 Rule), which revises certain aspects of the 2023 Rule. *See* 91 Fed. Reg. 23,530 (May 1, 2026). Counsel for the Bureau will meet and confer with counsel for all parties regarding how issuance of the 2026 Rule may affect this action.

Dated:  May 4, 2026

Respectfully submitted,

MARK PAOLETTA
   Chief Legal Officer
DANIEL SHAPIRO
   Deputy Chief Legal Officer
VICTORIA DORFMAN
   Senior Legal Advisor
THOMAS KIM
   Assistant General Counsel

*/s/  Amanda J. Krause*
AMANDA J. KRAUSE
   Senior Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7965
Amanda.Krause@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify on May 4, 2026, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

Dated:  May 4, 2026

*/s/ Amanda J. Krause*
Amanda J. Krause
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7965
Amanda.Krause@cfpb.gov