No. 24-40705

In The

# United States Court of Appeals for the Fifth Circuit

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
Plaintiffs - Appellants

v.

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Director of the Consumer Financial Protection Bureau,
Defendants - Appellees

v.

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
Intervenor Plaintiffs - Appellants

v.

Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,
Movants - Appellants

XL Funding, L.L.C.; Equipment Leasing and Finance Association,
Intervenors - Appellants

On Appeal from the United States District Court for the Southern District of Texas, No. 7:23-cv-144
Hon. Randy Crane

**JOINT STATUS REPORT**

Per this Court's order, the Consumer Financial Protection Bureau (CFPB) has filed regular status reports regarding the CFPB's efforts to promulgate a new rule implementing § 1071 of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, superseding the § 1071 rule challenged in the above-captioned case. As noted in the CFPB's most recent status report, the new § 1071 rule was published on May 1. *See* 91 Fed. Reg. 23,530 (May 1, 2026). That new rule, by its own terms, becomes effective on June 30, 2026.

The parties now hereby jointly notify the Court that they currently plan to ask this Court to declare this matter moot and to vacate the adverse district court opinion under *Munsingwear/Bonner Mall* in light of the mootness of the case. *See U.S. Bancorp Mortg. Co. v. Bonner Mall Partnership*, 513 U.S. 18, 22-23 (1994); *United States v. Munsingwear, Inc.*, 340 U.S. 36, 40 (1950); *see also Smith v. Edwards*, 88 F.4th 1119, 1126 (5th Cir. 2023).

The parties plan to delay the filing of such a joint motion, however, at least until 60 days after the new rule has gone into effect. That short delay will allow the parties to assess whether there are any

serious challenges to the new rule that might counsel keeping this

matter in abeyance longer.

Respectfully submitted,

*/s/ Joseph Frisone*
MARK PAOLETTA
Chief Legal Officer
DANIEL SHAPIRO
Deputy Chief Legal
Officer
VICTORIA DORFMAN
Senior Legal Advisor
THOMAS KIM
Assistant General Counsel
JOSEPH FRISONE
Senior Counsel
Consumer Financial
Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7965
Joseph.Frisone@cfpb.gov

*/s/ Robert M. Loeb*
Robert M. Loeb
John Coleman
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
RLoeb@Orrick.com

John C. Sullivan
S|L LAW PLLC
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104
(469) 523-1351

Joseph J. Reilly
TROUTMAN PEPPER
HAMILTON
SANDERS LLP
401 9th St NW

Nicholas González
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street

Suite 1000
Washington, DC 20004
joseph.reilly@troutman.com
Counsel for Intervenors-
Plaintiffs Texas Farm Credit,
Farm Credit Council, and
Capital Farm Credit

Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
PADFIELD & STOUT, LLP
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102
abp@padfieldstout.com
Counsel for Intervenors-
Appellants XL Funding,
L.L.C.
d/b/a Axle Funding, LLC,
Equipment Leasing and
Finance Association

Sarah J. Auchterlonie
BROWNSTEIN HYATT
FARBER
SCHRECK, LLP
675 15th Street
Suite 2900
Denver, CO 80202
sja@bhfs.com

Erica N. Peterson
HUNTON ANDREWS
KURTH, L.L.P.
2200 Pennsylvania Avenue,
NW
Washington, DC 20037

San Francisco, CA 94105

James J. Butera
Ryan Israel
MEEKS, BUTERA & ISRAEL PLLC
2020 Pennsylvania Ave., NW
Washington, DC 20006
Counsel for Plaintiffs-Appellants
Texas Bankers Association, Rio
Bank, and American Bankers
Association

Thomas Pinder
Andrew Doersam
AMERICAN BANKERS
ASSOCIATION
1333 New Hampshire Ave., NW
Washington, DC 20036
Counsel for Plaintiffs-Appellants
American Bankers Association

Elbert Lin
HUNTON ANDREWS KURTH,
L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
elin@hunton.com
James Winford Bowen
HUNTON ANDREWS KURTH,
L.L.P.
Suite 3700
1445 Ross Avenue
Fountain Place
Dallas, TX 75202
Case: 24-40705 Document: 79-1
Counsel for Intervenors-Appellants
Rally Credit Union,

Counsel for Plaintiffs-Appellants
Texas First Bank, Independent
Bankers Association of Texas,
and Independent Community
Bankers of America

America's Credit Unions (formerly
Credit Union National
Association), and Cornerstone
Credit Union League

June 3, 2026

## CERTIFICATE OF SERVICE

On June 3, 2026, this joint status report was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb