**No. 24-40705**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association; Texas First Bank; Independent Bankers Association of Texas; Independent Community Bankers of America,
*Plaintiffs-Appellants*

*v.*

Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellees*

*v.*

Texas Farm Credit; Farm Credit Council; Capital Farm Credit,
*Intervenor Plaintiffs-Appellants*

*v.*

XL Funding, L.L.C.; Equipment Leasing and Finance Association; Rally Credit Union; Credit Union National Association; Cornerstone Credit Union League,
*Intervenors-Appellants*.

On Appeal from the United States District Court for
the Southern District of Texas, Case No. 7:23-cv-144
Hon. Randy Crane

## STATUS REPORT

MARK PAOLETTA
  Chief Legal Officer
DANIEL SHAPIRO
  Deputy Chief Legal Officer
VICTORIA DORFMAN
  Senior Legal Advisor
JOSEPH FRISONE
  Acting Assistant General Counsel

<h1 style="text-align:center">STATUS REPORT</h1>

Defendants-Appellees, the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as the Acting Director of the CFPB, respectfully submit this Status Report regarding the status of this appeal.

As noted in the parties' most recent status report, in light of the CFPB's issuance of the new § 1071, the parties intend to ask this Court to declare this matter moot and to vacate the adverse district court opinion under *Munsinger/Bonner Mall. See* ECF No. 177. The parties plan to delay the filing of such a motion, however, at least until 60 days after June 30, 2026, when the new rule went into effect. That short delay will allow the parties to assess whether there are any serious challenges to the new rule that might counsel keeping this matter in abeyance longer.

The parties' plans remain the same. Defendants-Appellees' respectfully propose that the Court set the next deadline for 60 days, at which point the parties will file the motion described above or a status report regarding future proceedings in this appeal.

Dated: July 6, 2026

Respectfully submitted,

MARK PAOLETTA
  Chief Legal Officer
DANIEL SHAPIRO
  Deputy Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

*/s/ Joseph Frisone*
JOSEPH FRISONE
Acting Assistant General Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9287
Joseph.Frisone@cfpb.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, a true and correct copy of this Status

Report was served electronically by the Court's CM/ECF system to all counsel of

record.


/s/ Joseph Frisone
Joseph Frisone